# EXHIBIT A

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,868,962
Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL CATRIN

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL CATRIN IS THE GENTLEMAN.

SEC. 2(F).

SER. NO. 76-538,067, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-1

**EXHIBIT A**

15

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,980,462

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



EL PARAGUAS

DON CLEMENTE, INC. (TEXAS CORPORATION)

3751 MERCED DRIVE, STE. F

RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

PLEASE BE ADVISED THAT THE COLOR GRAY IN THE INITIAL DRAWING SUBMITTED IS INTENDED TO INDICATE SHADING ONLY.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE UMBRELLA.

SEC. 2(F).

SER. NO. 76-538,012, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-2

**EXHIBIT A**

**16**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,839,906
Registered May 11, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE MERMAID".

SEC. 2(F).

SER. NO. 76-520,822, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-3

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,959,058

Registered June 7, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LA ESCALERA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE LADDER.

SEC. 2(F).

SER. NO. 76-538,189, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 2,866,355**

## United States Patent and Trademark Office

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL MELON

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE MELON.

SEC. 2(F).

SER. NO. 76-532,255, FILED 7-28-2003.

PAM WILLIS, EXAMINING ATTORNEY

A-5

**EXHIBIT A**

19

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,868,964
Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL VALIENTE

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL VALIENTE IS THE BRAVE MAN.

SEC. 2(F).

SER. NO. 76-538,073, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-6

**EXHIBIT A**

20

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,975,221

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC (TEXAS CORPORATION)

3751 MERCED DRIVE, STE. F

RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE DEATH".

SEC. 2(F).

SER. NO. 76-532,666, FILED 7-28-2003.

BARBARA A. GOLD, EXAMINING ATTORNEY

A-7

**EXHIBIT A**

21

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,866,357
Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE PEAR.

SEC. 2(F).

SER. NO. 76-532,665, FILED 7-28-2003.

BARBARA A. GOLD, EXAMINING ATTORNEY

A-8

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,016,707

Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (MEXICO CORPORA-
TION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING
EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR
PLAYING BINGO BOARD GAME; AND LOTTERY
CARDS IN THE NATURE OF A BINGO-TYPE
GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE STIPPLING IS FOR SHADING PURPOSES.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS THE FLAG.

SEC. 2(F).

SER. NO. 76-536,073, FILED 7-28-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-9

**EXHIBIT A**

**23**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,839,898**

Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE HAND".

SEC. 2(F).

SER. NO. 76-520,606, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-10

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,969,255

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)

3751 MERCED DRIVE, STE. F

RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE MARK CONSIST OF A DESIGN OF A BOOT AND THE WORDS LA BOTA.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE BOOT.

SEC. 2(F).

SER. NO. 76-536,074, FILED 7-28-2003.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

A-11

**EXHIBIT A**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,839,905

Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE MOON".

SEC. 2(F).

SER. NO. 76-520,821, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-12

**EXHIBIT A**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,871,233
Registered Aug. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL COTORRO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL COTORRO IS THE PARROT.

SEC. 2(F).

SER. NO. 76-538,060, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-13

27

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,208,050

Registered Feb. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
STE. F
3751 MERCED DRIVE
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-12-1912; IN COMMERCE 7-12-1912.

THE ENGLISH TRANSLATION OF THE SPANISH WORDING "EL NEGRITO" IS "THE BLACK MAN".

SER. NO. 78-793,782, FILED 1-18-2006.

DAVID MILLER, EXAMINING ATTORNEY

A-14

**EXHIBIT A**

28

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,980,465

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

    FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

    FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

    PLEASE BE ADVISED THAT THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

    THE MARK CONSISTS OF A DESIGN OF A HEART AND THE WORDS EL CORAZON.

    THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE HEART.

    SEC. 2(F).

    SER. NO. 76-539,840, FILED 7-28-2003.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,890,938

## United States Patent and Trademark Office

Registered Oct. 5, 2004

### TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE. CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE LINING IN THE PANTS IS A FEATURE OF THE MARK AND NOT FOR COLOR. THE LINING IN THE SUIT IS FOR SHADING PURPOSES.

THE PORTRAIT IS NOT THE REPRESENTATION OF ANY PARTICULAR LIVING INDIVIDUAL.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE MUSICIAN.

SEC. 2(F).

SER. NO. 76-522,396, FILED 5-30-2003.

G. MAYERSCHOFF, EXAMINING ATTORNEY

A-16

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 2,871,199**

## United States Patent and Trademark Office    Registered Aug. 10, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



EL CAMARON

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE MARK CONSISTS OF A DESIGN OF A SHRIMP AND THE WORDS EL CAMARON.

THE ENGLISH TRANSLATION OF EL CAMARON IS THE SHRIMP.

SER. NO. 76-534,305, FILED 8-4-2003.

SOPHIA S. KIM, EXAMINING ATTORNEY

A-17

**EXHIBIT A**

31

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,862,284
Registered July 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL SOLDADO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE SOLDIER.

SEC. 2(F).

SER. NO. 76-520,614, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-18

**EXHIBIT A**

**32**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,868,963**

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
**PRINCIPAL REGISTER**



LA SANDIA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF LA SANDIA IS THE WATERMELON.

SEC. 2(F).

SER. NO. 76-538,071, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-19

**EXHIBIT A**

**33**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

Reg. No. 2,876,658

**United States Patent and Trademark Office**

Registered Aug. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL APACHE

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE APACHE.

SEC. 2(F).

SER. NO. 76-532,664, FILED 7-28-2003.

BARBARA A. GOLD, EXAMINING ATTORNEY

A-20

**EXHIBIT A**

34

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,839,899**

## United States Patent and Trademark Office

Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE SKULL".

SEC. 2(F).

SER. NO. 76-520,607, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-21

**EXHIBIT A**

**35**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,868,880

## United States Patent and Trademark Office

Registered Aug. 3, 2004

## TRADEMARK
### PRINCIPAL REGISTER



LA CAMPANA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE MARK CONSISTS OF A DESIGN OF A BELL AND THE WORDS LA CAMPANA.

THE ENGLISH TRANSLATION OF LA CAMPANA IS THE BELL.

SEC. 2(F).

SER. NO. 76-534,302, FILED 8-4-2003.

SOPHIA S. KIM, EXAMINING ATTORNEY

A-22

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,871,195

Registered Aug. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL VENADO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL VENADO IS THE DEER.

SEC. 2(F).

SER. NO. 76-534,132, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-23

**EXHIBIT A**

37

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,890,939**

## United States Patent and Trademark Office

Registered Oct. 5, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE SUN.

SEC. 2(F).

SER. NO. 76-522,397, FILED 5-30-2003.

G. MAYERSCHOFF, EXAMINING ATTORNEY

A-24

**EXHIBIT A**

**38**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,975,222

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR. THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE FISH.

SEC. 2(F).

SER. NO. 76-532,708, FILED 7-28-2003.

BARBARA A. GOLD, EXAMINING ATTORNEY

A-25

**EXHIBIT A**

**39**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,873,957**

## United States Patent and Trademark Office

Registered Aug. 17, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

"THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE FROG."

SEC. 2(F).

SER. NO. 76-538,023, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-26

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,956,552**

## United States Patent and Trademark Office

Registered May 31, 2005

## TRADEMARK
### PRINCIPAL REGISTER



**EL ARPA**

DON CLEMENTE, INC. (TEXAS CORPORATION)

3751 MERCED DRIVE, STE. F

RIVERSIDE, CA 92503

    FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

    FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

    THE MARK CONSISTS OF A DESIGN OF A HARP AND THE WORDS EL ARPA.

    THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE HARP.

    SEC. 2(F).

    SER. NO. 76-534,939, FILED 8-6-2003.

    DAVID ELTON, EXAMINING ATTORNEY

A-27

EXHIBIT A

**41**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,956,553

## United States Patent and Trademark Office

Registered May 31, 2005

## TRADEMARK
### PRINCIPAL REGISTER



EL BARRIL

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE BARREL.

SEC. 2(F).

SER. NO. 76-535,086, FILED 8-6-2003.

DAVID ELTON, EXAMINING ATTORNEY

A-28

42

EXHIBIT A

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,956,554**

Registered May 31, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE HERON.

SEC. 2(F).

SER. NO. 76-535,087, FILED 8-6-2003.

DAVID ELTON, EXAMINING ATTORNEY

**A-29**

**EXHIBIT A**

43

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,980,466

## United States Patent and Trademark Office

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

PLEASE BE ADVISED THAT THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN OF A MANDOLIN AND THE WORDS EL BANDOLON.

THE ENGLISH TRANSLATION OF THE WORD EL BANDOLIN IN THE MARK IS THE MANDOLIN.

SEC. 2(F).

SER. NO. 76-539,841, FILED 7-28-2003.

EDWARD NELSON, EXAMINING ATTORNEY

A-30

44

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,980,464

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)

3751 MERCED DRIVE., STE.F

RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

PLEASE BE ADVISED THAT THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

PLEASE BE ADVISED THAT THE PERSON DE-PICTED IN THE PORTRAIT SHOWN IN THE MARK DOES NOT DEPICT A LIVING INDIVIDUAL OR ANY OTHER REAL INDIVIDUAL.

THE MARK CONSISTS OF A DESIGN OF A LADY AND THE WORDS LA DAMA.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE LADY.

SEC. 2(F).

SER. NO. 76-539,839, FILED 7-28-2003.

EDWARD NELSON, EXAMINING ATTORNEY

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,873,958

## United States Patent and Trademark Office

Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL TAMBOR

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE DRUM".

SEC. 2(F).

SER. NO. 76-538,024, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-32

EXHIBIT A

46

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,873,956**

## United States Patent and Trademark Office

Registered Aug. 17, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



EL GORRITO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE LITTLE HOOD".

SEC. 2(F).

SER. NO. 76-538,022, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-33

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,969,261

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



EL PINO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE COLOR GRAY IN THE INITIAL DRAWING SUBMITTED IS INTENDED TO INDICATE SHADING ONLY.

THE MARK CONSISTS OF A DESIGN OF A PINE TREE AND THE WORDS EL PINO.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE PINE TREE".

SEC. 2(F).

SER. NO. 76-538,010, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-34

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 2,873,955**

## United States Patent and Trademark Office

Registered Aug. 17, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE ARROWS.

SEC. 2(F).

SER. NO. 76-538,004, FILED 8-6-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-35

**EXHIBIT A**

49

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,980,461

United States Patent and Trademark Office

Registered Aug. 2, 2005

## TRADEMARK
### PRINCIPAL REGISTER



EL VIOLONCELLO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

  FOR: BINGO CARDS; BINGO GAME PLAYING
EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR
PLAYING BINGO BOARD GAME; AND LOTTERY
CARDS IN THE NATURE OF A BINGO-TYPE
GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

  FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

  PLEASE BE ADVISED THAT THE LINING
SHOWN IN THE DRAWING IS A FEATURE OF

THE MARK AND NOT INTENDED TO INDICATE
COLOR.

  THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS THE CELLO.

  SEC. 2(F).

  SER. NO. 76-537,461, FILED 7-28-2003.

EDWARD NELSON, EXAMINING ATTORNEY

A-36
50

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,016,706

Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LA PALMA

DON CLEMENTE, INC. (TEXAS CORPORATION)

3751 MERCED DRIVE, STE. F

RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE MARK CONSISTS OF A DESIGN OF A PALM TREE AND THE WORDS LA PALMA.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE PALM TREE.

SEC. 2(F).

SER. NO. 76-536,071, FILED 7-28-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-37

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,901,308**

## United States Patent and Trademark Office

Registered Nov. 9, 2004

## TRADEMARK
### PRINCIPAL REGISTER



**LA CORONA**

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE CROWN.

SEC. 2(F).

SER. NO. 76-536,025, FILED 7-28-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-38

EXHIBIT A

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,836,243

Registered Apr. 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF "LA ROSA" IS "THE ROSE".

SEC. 2(F).

SER. NO. 76-520,824, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-39

**EXHIBIT A**

**53**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,839,904
Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL CAZO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE POT".

SEC. 2(F).

SER. NO. 76-520,820, FILED 5-28-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

A-40

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,876,667

Registered Aug. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER



LA CHALUPA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE CANOE".

SEC. 2(F).

SER. NO. 76-534,940, FILED 8-6-2003.

DAVID ELTON, EXAMINING ATTORNEY

A-41

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,043,255

Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LA BOTELLA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE NAME CLEMENTE JACQUES DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF A STYLIZED IMAGE OF A BOTTLE WITH A STYLIZED IMAGE OF A

TOMATO AND THE WORDING "CLEMENTE JAC-QUES" AND "TOMATO CATSUP" APPEARING ON A LABEL ON THE NECK OF THE BOTTLE AND THE WORDING "LA BOTELLA" APPEARING BELOW THE IMAGE OF THE BOTTLE. THE MARK IS NOT IN COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "THE BOTTLE".

SEC. 2(F).

SER. NO. 76-534,938, FILED 8-6-2003.

DAVID ELTON, EXAMINING ATTORNEY

A-42

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,871,196**

## United States Patent and Trademark Office

Registered Aug. 10, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



EL ARBOL

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL ARBOL IS THE TREE.

SEC. 2(F).

SER. NO. 76-534,133, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

EXHIBIT A

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,904,380**

## United States Patent and Trademark Office

Registered Nov. 23, 2004

## TRADEMARK
### PRINCIPAL REGISTER



EL PAJARO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS THE BIRD.

SEC. 2(F).

SER. NO. 76-536,072, FILED 7-28-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-44

**EXHIBIT A**

58

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,871,200

## United States Patent and Trademark Office

Registered Aug. 10, 2004

### TRADEMARK
#### PRINCIPAL REGISTER



LA ARAÑA

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE MARK CONSISTS OF A DESIGN OF A SPIDER AND THE WORDS LA ARAÑA.

THE ENGLISH TRANSLATION OF LA ARAÑA IS THE SPIDER.

SER. NO. 76-534,308, FILED 8-4-2003.

SOPHIA S. KIM, EXAMINING ATTORNEY

A-45

**EXHIBIT A**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,147,917**

Registered Sep. 26, 2006

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
SUITE F
3751 MERCED DRIVE
RIVERSIDE, CA 92503

   FOR: BINGO CARDS; BINGO GAME PLAYING
EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR
PLAYING BINGO BOARD GAME; OR LOTTERY
CARDS IN THE NATURE OF A BINGO-TYPE
GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

   "LA ESTRELLA" MEANS "THE STAR" IN THE
SPANISH LANGUAGE.

   SER. NO. 78-620,340, FILED 4-29-2005.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

**EXHIBIT A**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,871,194**

**United States Patent and Trademark Office**   Registered Aug. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER



**LA MACETA**

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 92503

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF LA MACETA IS THE FLOWER POT.

SEC. 2(F).

SER. NO. 76-534,129, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-47

61

EXHIBIT A

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,144,540
Registered Sep. 19, 2006

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)
3637 METRO PARKWAY
SAN ANTONIO, TX 78247

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; OR LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-19-1913.

THE TRANSLATION OF "EL ALACRAN" IS "THE SCORPION."

SEC. 2(F).

SER. NO. 78-588,589, FILED 3-16-2005.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

A-48

**EXHIBIT A**

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 2,653,355**

## United States Patent and Trademark Office

Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER



**EL CANTARITO**

DON CLEMENTE, INC. (TEXAS CORPORATION)
2045 CALIFORNIA AVENUE, SUITE 114
CORONA, CA 92881

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF "ELCANTARITO" IS "THE LITTLE JAR".

SEC. 2(F).

SER. NO. 76-139,158, FILED 10-2-2000.

AMY GEARIN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,655,609

**United States Patent and Trademark Office**    Registered Dec. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER



EL BORRACHO

DON CLEMENTE, INC. (TEXAS CORPORATION)
2045 CALIFORNIA AVENUE, SUITE 114
CORONA, CA 92881

FOR: BINGO CARDS; BINGO GAME PLAYING
EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR
PLAYING BINGO BOARD GAME; AND LOTTERY
CARDS IN THE NATURE OF A BINGO-TYPE
GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE LINING SHOWN IN THE DRAWING IS A
FEATURE OF THE MARK AND IS NOT INTENDED
TO INDICATE COLOR.

THE DESIGN PORTION OF THE MARK CON-
SISTS OF A STYLIZED DEPICTION OF A DRUN-
KEN MAN.

THE ENGLISH TRANSLATION OF "EL BORRA-
CHO" IS "DRUNKEN MAN".

SEC. 2(F).

SER. NO. 76-139,157, FILED 10-2-2000.

AMY GEARIN, EXAMINING ATTORNEY

A-50

64

**EXHIBIT A**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,653,354
Registered Nov. 26, 2002

## TRADEMARK
### PRINCIPAL REGISTER



EL DIABLITO

DON CLEMENTE, INC. (TEXAS CORPORATION)
2045 CALIFORNIA AVENUE, SUITE 114
CORONA, CA 92881

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE LINING IS A FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE ENGLISH TRANSLATION OF "EL DIABLI-TO" IS "LITTLE DEVIL".

SEC. 2(F).

SER. NO. 76-139,156, FILED 10-2-2000.

AMY GEARIN, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,673,824**

**Registered Jan. 14, 2003**

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORATION)

THE LINING SHOWN IN THE DRAWING IS A

A-52

2045 CALIFORNIA AVENUE, SUITE 114
CORONA, CA 92881

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

FEATURE OF THE MARK AND NOT INTENDED TO INDICATE COLOR.

THE ENGLISH TRANSLATION OF "EL NOPAL" IS "THE CACTUS".

SEC. 2(F).

SER. NO. 76-138,971, FILED 10-2-2000.

AMY GEARIN, EXAMINING ATTORNEY

A-53

67

EXHIBIT A

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

Reg. No. 2,868,965

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER



EL MUNDO

DON CLEMENTE, INC. (TEXAS CORPORATION)
3751 MERCED DRIVE, STE. F
RIVERSIDE, CA 91104

FOR: BINGO CARDS; BINGO GAME PLAYING EQUIPMENT; EQUIPMENT SOLD AS A UNIT FOR PLAYING BINGO BOARD GAME; AND LOTTERY CARDS IN THE NATURE OF A BINGO-TYPE GAME, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-9-1913; IN COMMERCE 12-9-1913.

THE ENGLISH TRANSLATION OF EL MUNDO IS THE WORLD.

SEC. 2(F).

SER. NO. 76-538,074, FILED 8-4-2003.

PAUL F. GAST, EXAMINING ATTORNEY

A-54

EXHIBIT A

68

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,317,479

Registered Feb. 15, 2000

## TRADEMARK
### PRINCIPAL REGISTER



DON CLEMENTE, INC. (TEXAS CORPORA-
   TION)
1802 COMMERCENTER WEST, SUITE F
SAN BERNARDINO, CA 92408

THE ENGLISH TRANSLATION OF "GRAN
FABRICA DE NAIPES" IS "GREAT MAKER OF
PLAYING CARDS". THE ENGLISH TRANSLA-
TION OF "DE TODOS ESTILOS" IS "ALL
STYLES". THE ENGLISH TRANSLATION OF

A-55

FOR: BOARD GAMES, BINGO GAME PLAYING EQUIPMENT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

OWNER OF U.S. REG. NO. 1,364,671.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JUEGO DE LOTERIA", APART FROM THE MARK AS SHOWN.

THE LINING AND STIPPLING SHOWN ON THE DRAWING ARE FEATURES OF THE MARK AND DO NOT INDICATE COLOR.

THE NAME SHOWN ON THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

"EL GALLO" IS "THE ROOSTER". THE ENGLISH TRANSLATION OF "JUEGO DE LOTERIA" IS "GAME OF LOTTERY". THE ENGLISH TRANSLATION OF "LA ROSA" IS "THE ROSE". THE ENGLISH TRANSLATION OF "EL PAJARO" IS "THE BIRD". THE ENGLISH TRANSLATION OF "EL CATRIN" IS "THE GENTLEMAN". THE ENGLISH TRANSLATION OF "LA LUNA" IS "THE MOON". THE ENGLISH TRANSLATION OF "EL CORAZON" IS "THE HEART".

SER. NO. 75-195,339, FILED 11-8-1996.

GERALD C. SEEGARS, EXAMINING ATTORNEY

A-56

**EXHIBIT A**

70

**Int. Cls.: 16 and 28**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 3,029,671**

## United States Patent and Trademark Office

Registered Dec. 13, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## LOTERIA

CALENDARIOS Y PASATIEMPOS, S.A. DE C.V. (MEXICO CORPORATION)
CALLE I ACCESO II NO. 20
FRACC. INDUSTRIAL BENITO JUAREZ
76120 QUERETARO, QRO, MEXICO

FOR: PRINTED MATTER, NAMELY, PAPER NAPKINS, PAPER PLACE MATS, PAPER RACKS OR STANDS FOR GLASSES, COASTERS MADE OF PAPER, PAPER FLAGS AND POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1995; IN COMMERCE 9-30-1995.

FOR: PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1995; IN COMMERCE 9-30-1995.

THE ENGLISH TRANSLATION OF THE WORD LOTERIA IN THE MARK IS LOTTERY.

SN 76-414,289, FILED 5-30-2002.

MARLENE BELL, EXAMINING ATTORNEY

A-57

EXHIBIT A

71

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,003,661**

**Registered Jul. 19, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

SANCHEZ QUIROZ, MARTHA MARIA (MEXICO INDIVIDUAL)
ACCESO II NO. 20
FRACCIONAMIENTO IND, BENITO JUAREZ
SANTIAGO DE QUERETARO, QRO. MEXICO 76120

CLASS 28: Lottery tickets; Scratch cards for playing lottery games

FIRST USE 6-4-2014; IN COMMERCE 6-4-2014

The mark consists of the word "LOTERIA DON CLEMENTE" on a banner with cards behind it, all over the text "SINCE 1887".

OWNER OF U.S. REG. NO. 1364671, 2193066, 2317479

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOTERIA" AND "SINCE 1887"

The English translation of "LOTERIA" in the mark is "LOTTERY".

The name shown in the mark "DON CLEMENTE" does not identify a particular living individual.

SER. NO. 85-910,893, FILED 04-22-2013

RONALD E AIKENS, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

A-58

72

EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# LOTERIA

**Reg. No. 4,752,814**

**Registered June 9, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

MARTHA MARIA SANCHEZ QUIROZ (MEXICO INDIVIDUAL)
ACCESO II # 20
FRACCIONAMIENTO INDUSTRIAL BENITO JUAREZ
SANTIAGO DE QUERETARO., MEXICO 76120

FOR: POSTERS; CALENDARS; NOTEBOOKS; NOTE PADS; ADDRESS BOOKS; BLANK JOURNALS; BINDERS; PERSONAL ORGANIZERS; MEMOPADS; STICKERS; STICKER ALBUMS; STENCILS; TEMPORARY TATTOO TRANSFERS; STAMP ALBUMS; COMIC BOOKS; WRITING PAPER; ENVELOPES; GREETING CARDS; PAPER COASTERS; PAPER MATS; NEWSPAPERS FOR GENERAL CIRCULATION; PHOTOGRAPHS; POSTCARDS; TRADING CARDS; CARDBOARD STAND-UP CUTOUTS FEATURING PHOTOGRAPHS OR ARTWORK; TRADING CARD MILK BOTTLE CAPS; BANK CHECKS; PAPER PARTY DECORATIONS; PAPER PARTY BAGS; PAPER NAPKINS; PAPER PLACE MATS; PAPER INVITATIONS; PAPER THANK-YOU NOTES; DECORATIVE PAPER CENTERPIECES; GIFT WRAPPING PAPER; PAPER GOODIE BAGS AND LUNCH BAGS; RUBBER STAMPS; PAPER BANNERS; PAPER CAKE DECORATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-2014; IN COMMERCE 10-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,029,671.

THE ENGLISH TRANSLATION OF "LOTERIA" IN THE MARK IS "LOTTERY".

SN 86-197,632, FILED 2-19-2014.

KAREN K. BUSH, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office