# EXHIBIT B



B-1
74









B-5
78

B-6
79



B-7
80



B-8
81