# EXHIBIT C

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

**Shop** ⌄   **About** ⌄   **For Teachers** ⌄   **Submissions**   **Contact Us**   **Learn**

little libros for little hands

Home  >  Lil' Loteria: A Bilingual Picture Word Bingo Game



# Lil' Loteria: A Bilingual Picture Word Bingo Game
## $21.99

by Lil' Libros

Type: Game



C-1
82

Pay in 4 interest-free installments of **$5.50** with afterpay <u>More info</u>

Quantity
1

Add to Cart

Buy with **G**

More payment options

Lil' Loteria is a fun twist on a traditional classic that turns the game of bingo into a bilingual learning game! Kids learn memory and matching skills plus vocabulary words in English and Spanish. Once the game board is filled with the matching cards, they shout *LOTERIA!* The first to shout, wins.

- Includes 6 game boards
- 36 playing cards
- For 2 to 6 players
- Ages 3+

## Customer Reviews

No reviews yet    Write a review

Terms of Service          Privacy Policy

Return / Exchange Policy    Teacher discounts

Follow us



C-2
83

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄     About ⌄     For Teachers ⌄     Submissions     Contact Us     Learn

little libros for little hands

Home  >  Lil' Loteria: A Bilingual Picture Word Bingo Game



# Lil' Loteria: A Bilingual Picture Word Bingo Game
## $21.99

by Lil' Libros

Type: Game

Pay in 4 interest-free installments of **$5.50** with  More info

Quantity
1

C-3
84

Add to Cart

Buy it now

Lil' Loteria is a fun twist on a traditional classic that turns the game of bingo into a bilingual learning game! Kids learn memory and matching skills plus vocabulary words in English and Spanish. Once the game board is filled with the matching cards, they shout *LOTERIA!* The first to shout, wins.

- Includes 6 game boards
- 36 playing cards
- For 2 to 6 players
- Ages 3+

*Retail: $21.99 USD*
*Dimensions: 8" x 1.5" x 8"*
*Weight: 1.13 lb*
*Ages: 3+*

## Customer Reviews

No reviews yet   Write a review

Terms of Service        Privacy Policy

Return / Exchange Policy        Teacher discounts

Medical discounts        Accessibility

Follow us

 

C-4
85

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home  >  Lil' Loteria: A Bilingual Picture Word Bingo Game





# Lil' Loteria: A Bilingual Picture Word Bingo Game

## $21.99

by Lil' Libros

Type: Game

Pay in 4 interest-free installments of **$5.50** with afterpay ◇  More info

Quantity
1

C-5
86

Add to Cart

Buy it now

Lil' Loteria is a fun twist on a traditional classic that turns the game of bingo into a bilingual learning game! Kids learn memory and matching skills plus vocabulary words in English and Spanish. Once the game board is filled with the matching cards, they shout *LOTERIA!* The first to shout, wins.

- Includes 6 game boards
- 36 playing cards
- For 2 to 6 players
- Ages 3+

*Retail: $21.99 USD*
*Dimensions: 8" x 1.5" x 8"*
*Weight: 1.13 lb*
*Ages: 3+*

## Customer Reviews

No reviews yet     Write a review

Terms of Service     Privacy Policy

Return / Exchange Policy     Teacher discounts

Medical discounts     Accessibility

Follow us

 

C-6
87





**C-7**
**88**





C-8
89





**C-9**
**90**

















C-13
94







EL PAJARO



El pájaro
Bird

C-15
96

















**C-19
100**





**C-20**
**101**





**C-21**
**102**













**C-24**
**105**







13   ™

EL GORRITO



20

**El gorrito**
**Hat**

**C-26**
**107**











LA MACETA



La maceta
Flowerpot



EL VIOLONCELLO



El violoncello
Cello





























**C-37**
**118**









C-39
120













**C-42**
**123**

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home  >  Loteria: First Words / Primeras palabras





# Loteria: First Words / Primeras palabras
## $9.99

by Lil' Libros

Type: Books

C-43
124

Pay in 4 interest-free installments of **$2.50** with ~~More info~~

Quantity
1

Add to Cart

Buy it now

What do you do for entertainment when the family is gathered around? You play Loteria--a game similar to bingo that has its origins in Europe and came to Mexico by way of Spain. The game is considered to be one of the oldest traditional games of chance!

This book features beautiful illustrations of a rooster, heart, and star. It is ideal for introducing little ones to their first English and Spanish words.

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

## Customer Reviews

No reviews yet   Write a review

Terms of Service      Privacy Policy

Return / Exchange Policy      Teacher discounts

Follow us



**C-44**
**125**

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄     About ⌄     For Teachers ⌄     Submissions     Contact Us     Learn

little libros for little hands

Home  >  Loteria: First Words / Primeras palabras





# Loteria: First Words / Primeras palabras

## $9.99

by Lil' Libros

Type: Books

Pay in 4 interest-free installments of **$2.50** with afterpay    More info

Quantity
1

| Add to Cart | C-45 126 |
| --- | --- |

Buy it now

What do you do for entertainment when the family is gathered around? You play Loteria--a game similar to bingo that has its origins in Europe and came to Mexico by way of Spain. The game is considered to be one of the oldest traditional games of chance!

This book features beautiful illustrations of a rooster, heart, and star. It is ideal for introducing little ones to their first English and Spanish words.

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

## Customer Reviews

No reviews yet    Write a review

Terms of Service        Privacy Policy

Return / Exchange Policy        Teacher discounts

Medical discounts        Accessibility

Follow us



The Life of    Vámonos    Ages 0-4    Ages 0-5    Ages 2-5    Ages 4-8

Copyright © 2022 Lil' Libros.

C-46

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home > Loteria: First Words / Primeras palabras





# Loteria: First Words / Primeras palabras

## $9.99

by Lil' Libros

Type: Books

Pay in 4 interest-free installments of **$2.50** with afterpay⬦ More info

Quantity
1

| Add to Cart |
| :---: |

**C-47**
**128**

Buy it now

What do you do for entertainment when the family is gathered around? You play Loteria--a game similar to bingo that has its origins in Europe and came to Mexico by way of Spain. The game is considered to be one of the oldest traditional games of chance!

This book features beautiful illustrations of a rooster, heart, and star. It is ideal for introducing little ones to their first English and Spanish words.

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

## Customer Reviews

No reviews yet    Write a review

Terms of Service        Privacy Policy

Return / Exchange Policy        Teacher discounts

Medical discounts        Accessibility

Follow us

 

The Life of    Vámonos    Ages 0-4    Ages 0-5    Ages 2-5    Ages 4-8

Copyright © 2022 Lil' Libros.

**C-48**
**129**

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home  >  Loteria: More First Words / Más primeras palabras





# Loteria: More First Words / Más primeras palabras
## $9.99

by Lil' Libros

**C-49
130**

Type: Books

Pay in 4 interest-free installments of **$2.50** with afterpay&#10132; More info

| Quantity |
| --- |
| 1 |

Add to Cart

Buy it now

Back and better than ever, Loteria: More First Words / Más Primeras Palabras continues the fun with the sequel to our best-selling Loteria: First Words / Primeras Palabras inspired by the classic game. Enjoy ten more words in English and Spanish to encourage kids to use their motor skills for memory and vocabulary each time they turn the page!

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

# Customer Reviews

No reviews yet    Write a review

Terms of Service        Privacy Policy

Return / Exchange Policy        Teacher discounts

Medical discounts        Accessibility

Follow us

 

C-50
131

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.

   

Shop ⌄      About ⌄      For Teachers ⌄      Submissions      Contact Us      Learn

little libros for little hands

Home ⟩ Loteria: More First Words / Más primeras palabras





# Loteria: More First Words / Más primeras palabras

## $9.99

by Lil' Libros

Type: Books

Pay in 4 interest-free installments of **$2.50** with  afterpay⬦  More info

Quantity
1

| Add to Cart | C-51 132 |

Buy it now

Back and better than ever, Loteria: More First Words / Más Primeras Palabras continues the fun with the sequel to our best-selling Loteria: First Words / Primeras Palabras inspired by the classic game. Enjoy ten more words in English and Spanish to encourage kids to use their motor skills for memory and vocabulary each time they turn the page!

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

# Customer Reviews

No reviews yet     Write a review

Terms of Service          Privacy Policy

Return / Exchange Policy          Teacher discounts

Medical discounts          Accessibility

**Follow us**

 

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.



  

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home > Loteria: More First Words / Más primeras palabras





# Loteria: More First Words / Más primeras palabras

## $9.99

by Lil' Libros

Type: Books

Pay in 4 interest-free installments of **$2.50** with  afterpay  More info

Quantity
1

| Add to Cart | **C-53134** |
|---|---|

Buy it now

Back and better than ever, Loteria: More First Words / Más Primeras Palabras continues the fun with the sequel to our best-selling Loteria: First Words / Primeras Palabras inspired by the classic game. Enjoy ten more words in English and Spanish to encourage kids to use their motor skills for memory and vocabulary each time they turn the page!

Retail: $9.99 USD (board book)
Dimensions: 6.75" x 6.75"
Weight: 11 oz
Ages: 0-4

## Customer Reviews

No reviews yet     Write a review

Terms of Service          Privacy Policy

Return / Exchange Policy          Teacher discounts

Medical discounts          Accessibility

Follow us

 

Copyright © 2022 Lil' Libros.

**C-54**
**135**

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.



  

**Shop** ⌄     **About** ⌄     **For Teachers** ⌄     **Submissions**     **Contact Us**     **Learn**

little libros for little hands

Home  >  Lil' Rooster Print



# Lil' Rooster Print
## $19.99

by Lil' Libros

Type: Prints

C-55
136

Pay in 4 interest-free installments of **$5.00** with afterpay <u>More info</u>

Quantity
1

<div style="border:1px solid #c00; border-radius:30px; text-align:center; padding:15px;">Add to Cart</div>

---

Buy with G

---

More payment options

11" x 14" Rooster print. The art is 9"x"12" with a 2" white border all around.

Perfect for a nursery, baby shower, or birthday party! Bright and beautiful print for any occasion. Digitally printed on museum archive 10 mil card stock giving a quality finish. This print is supplied without the frame and mount.

Frame not included

# Customer Reviews

No reviews yet      Write a review

---

**Terms of Service**      **Privacy Policy**

**Return / Exchange Policy**      **Teacher discounts**

**Medical discounts**      **Accessibility**

**Follow us**

 

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.



  

Shop ⌄    About ⌄    For Teachers ⌄    Submissions    Contact Us    Learn

little libros for little hands

Home  ›  Search

# Search

Your search for "loteria" revealed the following:

| loteria | | Search |









Quick buy          Quick buy          Quick buy          Quick buy

Loteria: Heart Lil' Pin          Loteria: Moon Lil' Pin          Loteria: Rooster Lil' Pin          Loteria: Rose Lil' Pin

$10.00          $10.00          $10.00          $10.00

C-57
138







   

Quick buy

Quick buy

Quick buy

Quick buy

Loteria: First Words / Primeras palabras

$9.99

Loteria: More First Words / Más primeras palabras

$9.99

Lil' Loteria: A Bilingual Picture Word Bingo Game

$21.99

Lil' Heart Print

$19.99



Quick buy

Lil' Rooster Print

$19.99

Due to shipping delays, all new orders are not guaranteed to arrive before Christmas. Read more on our FAQ page.









Shop ⌄     About ⌄     For Teachers ⌄     Submissions     Contact Us     Learn

little libros for little hands

Home  >  Lil' Heart Print



C-59
140

# Lil' Heart Print

## $19.99

by Lil' Libros

Type: Prints

Pay in 4 interest-free installments of **$5.00** with  afterpay   More info

Quantity
1

Add to Cart

Buy with G

More payment options

11" x 14" Heart print. The art is 9"x"12" with a 2" white border all around.

Perfect for a nursery, baby shower, or birthday party! Bright and beautiful print for any occasion. Digitally printed on museum archive 10 mil card stock giving a quality finish. This print is supplied without the frame and mount.

Frame not included

# Customer Reviews

No reviews yet   Write a review

C-60
141