Ms. Mariana Paula Noli, Esq.,
CA State Bar No. 247369
mail@noli-ipsolutions.com

NOLI IP SOLUTIONS, P.C.
5030 Bella Collina St.,
Oceanside, California 92056
Telephone: (442) 224-7490
Facsimile: (760) 859-3944

Attorney for Plaintiffs
MARTHA MARIA SANCHEZ QUIROZ,
DON CLEMENTE INC.,
PASATIEMPOS GALLO S.A. de C.V.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Plaintiffs<br><br>v.<br><br>LITTLE LIBROS LLC, a California Limited Liability Company, PATRICIA RODRIGUEZ, a California individual, and ARIANA STEIN, a California individual.<br><br>Defendants | Case No. 2:22-cv-00138-PA-JC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY** |

LITTLE LIBROS LLC, a California Limited Liability Company,

        Counterclaimant

        v.

MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation

        Counter-Defendants

      MARTHA MARIA SANCHEZ QUIROZ, DON CLEMENTE, INC. and PASATIEMPOS GALLO, S.A. de C.V., the Plaintiffs in this action, hereby move for leave to file the attached Surreply and Memorandum of Points and Authorities. The Defendant/Counterclaimant Little Libros, LLC filed a Motion for Leave to file Amended Answer and Counterclaim in this action on June 9, 2022; the Plaintiffs submitted their Opposition to the Motion to Amend on June 15, 2022; and the Defendant/Counterclaimant filed its Reply Brief on June 27, 2022.  In support of its Reply Brief, the Defendant/Counterclaimant raised several issues for the first time, relying on unauthenticated evidence from the United States Patent and Trademark Office not previously discussed in its original Motion for Leave to file Amended Answer and Counterclaim.  All of the evidence included has not yet been reviewed and examined by the Trademark Examining Attorney of record, Timothy Schmipf, as he indicated to Plaintiffs' counsel on an email communicated dated June 27, 2022.

      A surreply, or sur-reply, is an additional reply to a motion filed after the motion has already been fully briefed.  USLegal.com, https://definitions.uslegal.com/s/sur-reply/ (last visited June 29, 2022).  The Local Rules provide for a motion, an opposition

and a reply. Neither the Local Rules nor the Federal Rules provide the right to file a surreply. A district court may allow a surreply to be filed, but only "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." Hill v. England, 2005 WL 3031136, *1 (E.D. Cal. Nov. 8, 2005).

Defendant/Counterclaimant argues that *"Plaintiffs now allege that they have fixed the problem and have provided the USPTO with evidence of the actual use of the Napkin. But the new evidence just raises additional questions."* (Court Docket No. 39, Page 3). Not only Defendant/Counterclaimant failed to authenticate the evidence of the specimens of use submitted in support of its Reply Brief, but also continue to include unsubstantiated accusations of fraud by Plaintiffs.

The Plaintiffs seek a fair opportunity to respond to the new issues raised by Defendant/Counterclaimant in its Reply. Accordingly, we request that the Court accept a brief Surreply and Memorandum of Points and Authorities for this purpose. A proposed form of order accompanies this motion.

Dated: June 29, 2022

NOLI IP SOLUTIONS P.C.
By: /S/Mariana Paula Noli

_____
Mariana Paula Noli, Esq. CA#247369
Attorney for Plaintiffs MARTHA MARIA SANCHEZ QUIROZ, DON CLEMENTE, INC. and PASATIEMPOS GALLO, S.A. de C.V.