Ms. Mariana Paula Noli, Esq.,
CA State Bar No. 247369
mail@noli-ipsolutions.com

NOLI IP SOLUTIONS, P.C.
5030 Bella Collina St.,
Oceanside, California 92056
Telephone: (442) 224-7490
Facsimile: (760) 859-3944

Attorney for Plaintiffs
MARTHA MARIA SANCHEZ QUIROZ,
DON CLEMENTE INC.,
PASATIEMPOS GALLO S.A. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Plaintiffs<br><br>v.<br><br>LITTLE LIBROS LLC, a California Limited Liability Company, PATRICIA RODRIGUEZ, a California individual, and ARIANA STEIN, a California individual.<br><br>Defendants | Case No. 2:22-cv-00138-PA-JC<br><br>**PLAINTIFFS' SURREPLY TO MOTION OF LITTLE LIBROS, LLC TO AMEND COUNTERCLAIMS**<br><br>**DATE:       July 11, 2022**<br>**TIME:        1:30pm**<br>**Courtroom:  9A**<br><br>Trial Date:    April 11, 2023<br>Pre-Trial Conference: March 17, 2023<br>Discovery Cut-Off: January 30, 2023 |

| | |
|---|---|
| LITTLE LIBROS LLC, a California Limited Liability Company, | |
| Counterclaimant | |
| v. | |
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation | |
| Counter-Defendants | |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 11, 2022, at 1:30 p.m. or as soon as may be heard in Courtroom 9A of the United States District Court for the Central District of California, First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for an order DISMISSING Defendants' Request for Leave to Amend the Counterclaims. Counsel for Defendants indicated in their June 27, 2022 Reply Brief, that *"In Plaintiffs' Opposition brief, they don't deny that they filed a digitally altered photograph."* Mr. Zerner continues to misstate not only the USPTO Examiner's observations but also Plaintiffs' statements.

Accordingly, Plaintiffs request that the Court dismisses Defendants' request for leave to amend their counterclaim to add a cause of action to cancel Plaintiffs' LOTERIA trademarks based on fraud to the United States Patent and Trademark Office.

Date:   June 29, 2022          **NOLI IP SOLUTIONS P.C.**

                           By:  /S/Mariana Paula Noli
                                Mariana Paula Noli

                                Attorney for Plaintiffs Martha Maria
                                Sanchez Quiroz, Don Clemente, Inc. and
                                Pasatiempos Gallo, S.A. de C.V.