# EXHIBIT A

**Mariana Noli**

| | |
|---|---|
| **From:** | Schimpf, Timothy <Timothy.Schimpf@USPTO.GOV> |
| **Sent:** | Monday, June 27, 2022 6:23 AM |
| **To:** | Mariana Noli |
| **Cc:** | diane noli-ipsolutions.com |
| **Subject:** | RE: Specimens of Use for the LOTERIA mark - US Reg. 4752814 |

Hello,

The first response submitted by the owner has not been reviewed yet. If the owner would like to submit an additional form with additional proof of use evidence, they may do so using the form at Voluntary Amendment Form (uspto.gov) That form does not specifically speak of proof of use, but the additional evidence may be submitted as specimens of use.

Tim Schimpf
Examining Attorney, Law Office 130
United States Patent and Trademark Office
(571) 272-9072
timothy.schimpf@uspto.gov

---

**From:** Mariana Noli <mariana@noli-ipsolutions.com>
**Sent:** Tuesday, June 21, 2022 9:06 PM
**To:** Schimpf, Timothy <Timothy.Schimpf@USPTO.GOV>
**Cc:** diane noli-ipsolutions.com <diane@noli-ipsolutions.com>
**Subject:** FW: Specimens of Use for the LOTERIA mark - US Reg. 4752814

> CAUTION: This email has originated from a source outside of USPTO. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

Dear Examiner:

Hope this email finds you well.  Last week, we submitted the evidence of use requested in reply to an Audit Office Action.  I am following up because our office received a box with physical evidence, photographs of which is attached/below.  Should we submit the additional evidence of use?  Please advise.  Thank you.

Best regards,
Mariana



**Mariana Paula Noli**
Founder/Manager
Preferred pronoun (she/her)

1

5030 Bella Collina St.,
Oceanside, CA 92056, USA
mariana@noli-ipsolutions.com

Tel. (442) 224-7490

**CHECK OUT OUR NEW WEBSITE!**
www.noliip.com

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This email communication and any attachments are privileged and confidential and intended solely for specific recipients listed above and others who have been expressly authorized to receive it. If you are not the intended recipient, please do not read, copy, use, or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 1.442.224.7490. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you

**DIVERSITY COMMITMENT STATEMENT**
**NOLI IP Solutions, PC** strives in its commitment toward diversity, both at the firm and in the legal profession. We highly encourage and apply fair recruitment practices, and retain a workforce that welcomes and supports the interests of women, families, and people of any ethnicity, religious belief, nationality, age, or sexual orientation. Diversity is essential to the success of our firm. Our management, and the majority of all our support staff are all women. 90% of our team represent ethnic minority groups, fluent in English, Spanish, Arabic, and Italian.

 **PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL**

---

**From:** Mariana Noli <mariana.paula.noli@gmail.com>
**Sent:** Friday, June 17, 2022 4:45 PM
**To:** diane noli-ipsolutions.com <diane@noli-ipsolutions.com>; Vittoria Onufrio <vittoria@noli-ipsolutions.com>; Mariana Noli <mariana@noli-ipsolutions.com>
**Cc:** Becky Christensen <cbecky042@gmail.com>; rlauria@metalaw.us
**Subject:** Specimens of Use

Hi Diane, Vittoria:
See specimens of use attached. Thank you



































































Sent from my iPhone