1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Plaintiffs<br><br>v.<br><br>LITTLE LIBROS LLC, a California Limited Liability Company, PATRICIA RODRIGUEZ, a California individual, and ARIANA STEIN, a California individual.<br><br>Defendants | Case No. 2:22-cv-00138-PA-JC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY** |

LITTLE LIBROS LLC, a California Limited Liability Company,

Counterclaimant

v.

MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation

Counter-Defendants

Upon Motion of the Plaintiffs, there being no opposition from Defendant and Counterclaimant, and good cause appearing, IT IS HEREBY ORDERED that the Plaintiffs have leave to submit a one-page Surreply and supporting Memorandum of Points and Authorities in connection with the Defendant and Counterclaimant's Motion for Leave to Amend the Answer and Counterclaim.

Dated: _____   _____
**Hon. Percy Anderson**
**United States District Court Judge**