UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-00138PA (JCx) | Date | July 1, 2022 |
|---|---|---|---|
| Title | Martha Maria Sanchez Quiroz et al v. Little Libros LLC et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** IN CHAMBERS - COURT ORDER

Plaintiffs Martha Maria Sanchez Quiroz, Pasatiempos Gallo, S. A. de C.V., and Don Clemente, Inc (collectively, "Plaintiffs") have filed a Motion for Leave to File Sur-Reply (Docket No. 40), in which they seek to respond to the Reply submitted in support of the Motion for Leave to File Amended Answer and Counterclaim (Docket No. 37) filed by defendants Little Libros LLC, Patricia Rodriquez, and Ariana Stein (collectively, "Defendants").

Plaintiffs' Motion fails to conform to the requirements set forth in the Local Rules. Local Rule 6-1 states in part that "every motion shall be presented by a written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service." Among other defects, Plaintiffs' filing fails to adhere to the prescribed date limitation and does not contain a statement indicating that the parties met and conferred concerning the substance of the motion. See Local Rule 7-4 ("The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8."). In addition to the filing of a noticed motion in compliance with the applicable Local Rules, a party may seek relief through the filing of an Ex Parte Application pursuant to Local Rule 7-19 and the Court's orders. Plaintiffs' filing does not comply with the requirements for noticed motions or Ex Parte Applications. Despite the deficient filing, the Court considers the merits of Plaintiffs' proposed relief.

Having reviewed the merits of the Motion, Opposition, and Reply, and Plaintiffs' filing, the Court concludes that Plaintiffs have failed to establish a basis for the Court to grant leave to file a Sur-Reply. Plaintiffs argue that Defendants raised several issues for the first time by relying on unauthenticated evidence from the United States Patent and Trademark Office not previously discussed. Plaintiffs further claim a need to address unsubstantiated accusations of fraud in connection with the additional counterclaim Defendants seek to add. However, the "issues" that Plaintiffs identify are disputes over factual allegations to prove or disprove elements of the potential counterclaim. At this early stage of the litigation, any resolution would be premature, and it is unnecessary for the Court to resolve a dispute on the sufficiency of any

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-00138PA (JCx) | Date | July 1, 2022 |
|---|---|---|---|
| Title | Martha Maria Sanchez Quiroz et al v. Little Libros LLC et al. | | |

purported evidence proffered in support of a potentially-viable counterclaim. Moreover, given the extreme liberality governing Defendants' Motion, and the fact that Defendants have noticed it within the deadline set by the Court, it is highly unlikely that Plaintiffs' arguments would overcome the presumption in Defendants' favor.

  For the foregoing reasons, the Court denies Plaintiffs' Motion for Leave to File Sur-Reply. The failure of counsel to comply with the letter and spirit of the Local Rules and the Court's Orders has unnecessarily taxed the Court's limited resources. The Court therefore orders lead trial counsel for the parties to submit Declarations signed under penalty of perjury by no later than July 7, 2022, that they have read the Local Rules, the Court's Standing Order, and the Central District's Civility and Professionalism Guidelines ( available at www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalism-guidelines). Future violations of the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders may result in the imposition of sanctions.

  IT IS SO ORDERED.