# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Plaintiffs<br><br>v.<br><br>LITTLE LIBROS LLC, a California Limited Liability Company, PATRICIA RODRIGUEZ, a California individual, and ARIANA STEIN, a California individual.<br><br>Defendants<br><br><br><br>LITTLE LIBROS LLC, a California Limited Liability Company,<br><br>Counterclaimant<br><br>v.<br><br>MARTHA MARIA SANCHEZ QUIROZ, a Mexican individual, DON CLEMENTE INC., a Texas Corporation, PASATIEMPOS GALLO S.A. de C.V., a Mexican Corporation<br><br>Counter-Defendants | Case No. 2:22-cv-00138-PA-JC<br><br>ORDER |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

SO ORDERED this 16th day of January 2023.

_____
Percy Anderson
United States District Judge